Argued and submitted March 16, ballot title certified April 6, 2000

Fred MILLER
and Cindy Finlayson,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent,*

*and*

Maureen KIRK,
Bob Jenks, Gregory Kafoury,
and Lloyd Marbett,
*Intervenors.*

(SC S47087)

998 P2d 217

John A. DiLorenzo, Jr., of Hagen, Dye, Hirschy & DiLorenzo, P.C., Portland, filed the petition and argued the cause for petitioners.

Brendan C. Dunn, Assistant Attorney General, Salem, filed the answering memorandum and argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Linda K. Williams, Portland, filed the response for intervenor Kirk.

Daniel W. Meek, Portland, filed the response and argued the cause for intervenors Jenks, Kafoury, and Marbett.

PER CURIAM

## PER CURIAM

This is a ballot title review proceeding brought under ORS 250.085(2). Petitioners are electors who timely submitted written comments concerning the content of the draft ballot title submitted to the Secretary of State and who therefore are entitled to seek review of the ballot title certified by the Attorney General. *See* ORS 250.085(2) (setting that requirement).

We have considered each of petitioners' arguments concerning the ballot title certified by the Attorney General. We conclude that none establishes that the Attorney General's certified ballot title fails to comply substantially with the standards for such ballot titles set out in ORS 250.035(2)(a) to (d) (1997).[1] *See* ORS 250.085(5) (setting out standard of review). Accordingly, we certify to the Secretary of State the following ballot title:

AUTHORIZES RATES GIVING UTILITIES RETURN ON
INVESTMENTS IN RETIRED PROPERTY

RESULT OF "YES" VOTE: "Yes" vote authorizes rates giving utilities return on undepreciated investments in certain retired utility property.

RESULT OF "NO" VOTE: "No" vote rejects authorizing rates giving utilities return on undepreciated investments in certain retired property.

SUMMARY: Current law prohibits public-utility rates derived from rate base that includes any property not presently used for providing service; Public Utility Commission may authorize rates that return to utilities amounts representing undepreciated investments in utility plants that

---

[1] The 1999 Legislature amended ORS 250.035 in several respects. Or Laws 1999, ch 793, § 1. However, section 3 of that 1999 enactment provides, in part:

"(1) The amendments to ORS 250.035 by section 1 of this 1999 Act do not apply to any ballot title prepared for:

"(a) Any initiative petition that, if filed with the Secretary of State with the required number of signatures of qualified electors, will be submitted to the people at the general election held on the first Tuesday after the first Monday in November 2000[.]"

The present measure is one to which the 1999 act does not apply. We therefore apply the pertinent provisions of ORS 250.035 (1997).

have been retired for specified reasons. Measure authorizes Commission to allow public and telecommunications utilities to set rates at levels giving utilities return on their undepreciated investments in property retired from service (including Trojan) for specified reasons. Applies to property retired before, on, or after effective date.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(10).